**LAW OFFICE OF SARA HEDGPETH-HARRIS**
Sara Hedgpeth-Harris, No. 124114
1204 W. Shaw Ave, Suite 201
Fresno, California 93711
Telephone: (559) 283-8780
Facsimile: (559) 478-5073

**CENTRAL CALIFORNIA LEGAL SERVICES, INC.**
Ofra Pleban, California Bar No. 184770
1401 Fulton Street, Suite 700
Fresno, California 93721
Telephone: (559) 570-1260
Facsimile: (559) 570-1254

Attorneys for Plaintiff, LOUISE E. PEREZ.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE E. PEREZ,<br><br>      Plaintiff,<br><br>vs.<br><br>WMC MORTGAGE CORP, WESTWOOD ASSOCIATES, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FIRST AMERICAN TITLE CO., VALLEY WIDE HOME LOANS and DOES 1 through 20; inclusive,<br><br>      Defendants. | Case No.: 09CV1597 OWW SMS<br><br>HON: OLIVER W. WANGER<br><br>**NOTICE OF DISMISSAL BY PLAINTIFF AND PROPOSED ORDER**<br>Rule 41 (a)(1) F.R.Civ.P. |

NOTICE IS HEREBY GIVEN that Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. is hereby dismissed by the plaintiff, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

///

///

Dated: September 21, 2009

/s/ Sara Hedgpeth-Harris
Plaintiff/ Attorney for Plaintiff

IT IS SO ORDERED.

Dated: 9-23-09

Honorable Oliver W. Wanger