UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
LOUISE E. PEREZ,                  )
                                  )    1:09-CV-01597 OWW SKO
                                  )
            Plaintiff,            )
                                  )
    v.                            )    ORDER DISMISSING ACTION
                                  )
WMC MORTGAGE CORP., et al.        )
                                  )
                                  )
            Defendants.           )
                                  )
                                  )
```

     Pursuant to the notice of voluntary dismissal filed May 7, 2010 pursuant to FRCvP 41,

     IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:    August 13, 2010**                   **/s/ Oliver W. Wanger**
                                                                UNITED STATES DISTRICT JUDGE